O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROY RIOS ALVAREZ, JR.,                    )      Case No. CV 10-9486-DMG  (OP)
                                          )
                                          )      J U D G M E N T
                  Petitioner,             )
            v.                            )
                                          )
ANTHONY HEDGPETH, Warden,                 )
                                          )
                  Respondent.             )
_____       )

        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is dismissed
without prejudice.

DATED:  September 23, 2011

                                          _____
                                          DOLLY M. GEE
                                          United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge