O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS ALVAREZ, JR., ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> ANTHONY HEDGPETH, Warden, ) <br> ) <br> Respondent. ) | Case No. CV 10-9486-DMG (OP) <br><br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: September 23, 2011

_____
DOLLY M. GEE
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge